UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY PICHARDO,

                     Plaintiff,

      -v-

ERIC ADAMS, *et al.*,

                     Defendants.

22-CV-4624 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on June 3, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than June 24, 2022.

    Counsel for defendants shall serve a copy of this order on counsel for the plaintiff by June 20, 2022.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge