UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY PICHARDO,

                Plaintiff,

-v-

ERIC ADAMS, *et al.*,

                Defendants.

22-CV-4624 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants Eric Adams, Ashwin Vasan, and the City of New York removed this case from the Supreme Court, County of New York on June 3, 2022.  (Dkt. No. 1.)  On June 7, 2022, the Court ordered Pichardo to file an appearance no later than June 24, 2022 and directed Defendants to serve a copy of the order on counsel for Pichardo by June 20, 2022.  (Dkt. No. 3.)  Defendants served Pichardo's attorneys by mail on June 7, 2022.  (Dkt. No. 4.)  Pichardo has not yet filed a notice of appearance.

    If Plaintiff fails by August 10, 2022 to file a notice of appearance, this case may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: July 29, 2022
       New York, New York

                                              J. PAUL OETKEN
                                             United States District Judge